This decision of the Supreme Court of New Mexico was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Supreme Court.

**IN THE SUPREME COURT OF THE STATE OF NEW MEXICO**

**Filing Date: June 17, 2024**

**No. S-1-SC-34790**

**D. CHIPMAN VENIE, Esquire,**

Plaintiff-Respondent,

v.

**ANNA VELASQUEZ,**

Defendant-Petitioner.

**ORIGINAL PROCEDING ON CERTIORARI**
**Carl J. Butkus, District Judge**

James Rawley, Esq.
Albuquerque, NM

for Petitioner

D. Chipman Venie, Esq.
Pro se
Albuquerque, NM

for Respondent

## DISPOSITIONAL ORDER OF REVERSAL

**PER CURIAM.**

**{1}** WHEREAS, this matter came on for consideration by the Court upon petition for the writ of certiorari filed pursuant to Rule 12-502 NMRA, and the Court having considered the petition and being sufficiently advised, issued its writ of certiorari on January 19, 2016, and held this matter in abeyance pending this Court's disposition in *Padilla v. Torres*, S-1-SC-35619;

**{2}** WHEREAS, this Court issued an opinion in *Padilla* on February 5, 2024, reversing and remanding that matter to the metropolitan court for a new trial, *see Padilla v. Torres*, 2024-NMSC-007, ¶ 2, ___ P.3d ___;

**{3}** WHEREAS, the Court concludes that the issues presented in this matter are addressed by the Court's opinion in *Padilla*;

**{4}** WHEREAS, the Court, therefore, exercises its discretion under Rule 12-405(B) NMRA to dispose of this matter by nonprecedential order; and

**{5}** WHEREAS, the Court having considered the foregoing and being sufficiently advised;

**{6}** NOW, THEREFORE, IT IS ORDERED that the Court's January 19, 2016, order is WITHDRAWN as to the abeyance; and

**{7}** IT IS FURTHER ORDERED that the district court is reversed and this matter is remanded to the metropolitan court for a new trial in accordance with *Padilla*.

**{8}** **IT IS SO ORDERED.**

**WE CONCUR:**

**DAVID K. THOMSON, Chief Justice**

**MICHAEL E. VIGIL, Justice**

**C. SHANNON BACON, Justice**

**JULIE J. VARGAS, Justice**

**BRIANA H. ZAMORA, Justice**